**COMPLAINT/REMOVAL DISMISSAL**
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 94-MG-2516     Date 12/5/2019

USAO No. 1994R03692

The Government respectfully requests the Court to dismiss without prejudice the **X** Complaint _____ Removal Proceedings in

United States v. RUFO LNU (Fernando Cordones a/k/a Raven Calon)

The Complaint/Rule 40 Affidavit was filed on 12/12/1994

**X** U.S. Marshals please withdraw warrant.

*[signature]*
ASSISTANT UNITED STATES ATTORNEY

Louis A. Pellegrino
(Print name)

**SO ORDERED:**

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Barbara Moses
United States Magistrate Judge
Southern District of New York

DEC 0 6 2019
DATE

Distribution: White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy